

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  *United States v. Russell Holland*, 18 Cr. 376 (JPO)

Dear Judge Oetken:

       This matter was referred to Magistrate Court for purposes of arraignment.  On April 14, 2021, the defendant was arraigned before the Honorable Ona T. Wang and ordered detained pending trial.  The Court has scheduled an initial appearance for April 26, 2021 at 11:00 a.m.  On April 21, 2021, the Government produced to the defendant an initial production of discovery in this matter.  Accordingly, the Government submits that it is in the interests of justice to exclude time under the Speedy Trial Act from today until April 21, 2021, pursuant to 18 U.S.C. § 3161(h)(7), in order to permit the defense to review discovery and prepare any pretrial motions, and for the parties to discuss a potential pretrial resolution.  The Government has conferred with defense counsel, who consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by: _____
Michael C. McGinnis
Assistant United States Attorney
(212) 637-2305

---

Granted.  The initial conference scheduled for April 26, 2021 at 11:00 am will be held telephonically.  Counsel are directed to call 888-557-8511 at the scheduled time using the access code 9300838.  Members of the public may access the conference via the same number but are directed to place their phones on mute.  Time is excluded through April 26, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
  So ordered.
  Dated April 21, 2021

_____
J. PAUL OETKEN
United States District Judge